MCL 769.34(10); *People v Kimble*, 470 Mich 305 (2004). In all other respects, leave to appeal is denied, because we are not persuaded that the remaining question presented should be reviewed by this Court. Court of Appeals No. 289179.

WEAVER, J. I dissent from that part of the order remanding this case for resentencing as I am not persuaded that there is any manifest injustice in this case.

CORRIGAN, J. I would direct that the prosecutor respond to the application for leave to appeal.

PEOPLE v RAPLEY, No. 138779. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we reverse in part the judgment of the Court of Appeals and reinstate defendant's convictions for being a felon in possession of a firearm and for possession of a firearm during the commission of a felony. Where a defendant challenges the sufficiency of the evidence, all reasonable inferences which can be drawn from the evidence must be resolved in favor of the prosecution. *People v Nowack*, 462 Mich 392 (2000). Even though the firearm was not in plain view in this case, the jury could reasonably have inferred that defendant was in knowing possession of the firearm based on its proximity to a quantity of controlled substances that defendant was intending to deliver, defendant's proximity to both the weapon and the controlled substances, and the well-known relationship between drug dealing and the use of firearms as protection. Court of Appeals No. 281865.

KELLY, C.J. I would deny leave to appeal.

*Leave to Appeal Granted July 9, 2009:*

SHEPHERD MONTESSORI CENTER MILAN v ANN ARBOR CHARTER TOWNSHIP, No. 137443. The application for leave to appeal the judgments of the Court of Appeals is granted, limited to the issues: (1) whether the Court of Appeals applied the correct standard of review in determining that the defendants violated the plaintiff's right to equal protection; and (2) whether the defendants violated the plaintiff's right to equal protection in denying the plaintiff's request for a variance. The motion to strike the amicus curiae brief is denied. Reported below: 280 Mich App 449.

SUPERIOR HOTELS, LLC v MACKINAW TOWNSHIP, No. 138696. The parties shall include among the issues to be briefed whether the State Tax Commission has jurisdiction, pursuant to MCL 211.154(1), to correct the taxable value of real property erroneously recorded on the local assessment roll.

The Michigan Townships Association is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae. Reported below: 282 Mich App 621.

*Leave to Appeal Denied July 9, 2009:*

PEOPLE v ALTHOFF, No. 137560; reported below: 280 Mich App 524.